**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Sadie Pilkinton and John Doe, Defendants,

Of whom Sadie Pilkinton is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-000022

_____

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

_____

Unpublished Opinion No. 2024-UP-282
Submitted July 19, 2024 – Filed July 25, 2024

_____

**AFFIRMED**

_____

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Amanda Stiles, of South Carolina Department of Social
Services, of Greenville, for Respondent.

Megan Goodwin Burke, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:**  Sadie Pilkinton appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023); S.C. Code Ann. § 63-9-330 (2010).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Pilkinton's counsel.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and VERDIN, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.